586

are designated in the motion, granted, with leave to the respondent to submit to the Court a motion designating any additional portions of the record which he desires to have printed and the Court will take this motion under advisement. *Messrs. Aaron Frank* and *Thomas I. Sheridan* for petitioner. *Mr. Rolland M. Edmonds* for respondent.

No. 195. SOCONY-VACUUM OIL CO. *v.* SMITH. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. MR. JUSTICE STONE and MR. JUSTICE ROBERTS took no part in the consideration and decision of this application. *Mr. Henry B. Potter* for petitioner. *Mr. Frederick R. Graves* for respondent.

No. 274. NATIONAL LABOR RELATIONS BOARD *v.* SANDS MANUFACTURING Co. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Acting Solicitor General Townsend* and *Mr. Charles Fahy* for petitioner. *Mr. Harrison B. McGraw* for respondent.

No. 277. LOOMIS ET AL. *v.* FIRST FEDERAL SAVINGS & LOAN ASSN. See *ante,* p. 564.

No. 142. PIERRE *v.* LOUISIANA. October 17, 1938. Petition for writ of certiorari to the Supreme Court of Louisiana, and motion for leave to proceed further *in forma pauperis,* granted. *Mr. Maurice R. Woulfe* for petitioner. No appearance for respondent.